Maria E. RICHA, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 01–3268.

United States Court of Appeals, Federal Circuit.

DECIDED: Nov. 5, 2001.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

David N. HARRY, Lester E. Matthews, and Benchmark Research and Technology, Inc., Plaintiffs–Appellees,

v.

RHODIA INC., Defendant–Appellant.

No. 01–1004.

United States Court of Appeals, Federal Circuit.

DECIDED: Nov. 5, 2001.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).